UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | No. 1:25-CR- 279 |
| | : | |
| v. | : | (Judge Wilson) |
| | : | |
| JAMIE SOUDERS, | : | |
| Defendant. | : | Electronically Filed |

UNITED STATES OF AMERICA TO THE WARDEN, SUPERINTENDANT, OR PERSON IN CHARGE OF CUMBERLAND COUNTY PRISON
CARLISLE, PENNSYLVANIA

YOU ARE COMMANDED TO PRODUCE, now in your custody or one of your deputies, the person of

JAMIE SOUDERS,

into the custody of the United States Marshals Service or Agents of the United States Department of Homeland Security against whom there are pending certain criminal proceedings in the United States District Court for the Middle District of Pennsylvania and **JAMIE SOUDERS** appear for an Initial Appearance on _November 13_, 2025, at _1:30 p_.m, before the United States District Court for the Middle District of Pennsylvania, Harrisburg, Pennsylvania, in connection with the criminal charges and that United States Marshals Service is directed to keep the prisoner safe in custody,

and to immediately return the said **JAMIE SOUDERS** to CUMBERLAND COUNTY PRISON, CARLISLE, PENNSYLVANIA, at the end of this federal proceeding.

Witness my signature on this ___6th___ day of November, 2025.

S/Susan E. Schwab

_____
[  ] United States District Judge
[ ✗ ] United States Magistrate Judge

2